IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JACOB NATHAN SIRECI,

    Plaintiff,

v.

VERONICA MABEL GARCIA; DISTRICT ATTORNEY MEG HEAP; ASSISTANT DA MAGGIE SUMRALL; and RODNEY COOPER;

    Defendants.

CIVIL ACTION NO.: 4:19-cv-65

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's May 21, 2019 Report and Recommendation, (doc. 8), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation that Plaintiff has failed to state a claim upon which relief may be granted. The case is accordingly **DISMISSED without prejudice**. The Court further **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 21st day of June, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA